# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA SALMONS,<br>    Plaintiff,<br>v.<br>NATIONAL RAILROAD PASSENGER CORP. d/b/a AMTRAK,<br>    Defendant. | Civil Action No. 19-3253 (CKK) |

**ORDER**
(August 26, 2021)

In light of the Plaintiff's [45] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 26th day of August, 2021, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge